**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000668
11-MAY-2023
07:57 AM
Dkt. 27 OAWST**

NO. CAAP-22-0000668

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
MR, Minor-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(CR. NO. FC-J 0097364)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed March 15, 2023, by Minor-Appellant MR, the papers in support, and the record, it appears that (1) the appeal was docketed on January 14, 2023; (2) pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(c), the parties stipulate to dismiss the appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (4) the stipulation includes MR's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP

Rule 42(c); and (5) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 11, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge